646

396 A.2d 845

Stasik, et ux., Appellants, v. City of Pittsburgh et al.

Argued October 24, 1978. Michael W. Burns, for appellants; Robert S. Garrett, for appellees, Miller and Solow; Robert B. Smith, Assistant City Solicitor, for appellee, City of Pittsburgh.

Before VAN der VOORT, SPAETH, and LIPEZ, JJ.

Order affirmed.

396 A.2d 845

Steele, Appellant, v. Barbera.

Argued October 25, 1978. Leonard A. Costa, Jr., for appellant; James David Elder, for appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.